UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00157-TWP-MJD |
| | ) | |
| LEVI COOLEY, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR EARLY RELEASE**

This matter is before the Court on Defendant Levi Cooley's *pro se* Motion for Early Termination of Supervision (Dkt. 318). For the reasons explained in this Order, the request is **granted**.

Mr. Cooley pled guilty and on December 20, 2022, was sentenced to 36 months imprisonment followed by three years of supervised release following a conviction for Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin and/or 500 Grams or More of Cocaine. (Dkt. 267, 282). He began his supervised release on August 20, 2024 and has completed nearly 22 months of supervision. In his motion, Mr. Cooley does not state a reason for his request (Dkt. 318.) The Court directed the Government and U.S. Probation to file a response no later than June 5, 2026. (Dkt. 319.)

The Probation Officer filed a response and reports that since Mr. Cooley began his term of supervision, he has had no violations. (Dkt. 320). The officer points out that Mr. Cooley also had no violations while on pretrial supervised release. *Id*. In addition, Mr. Cooley had no positive urinalysis tests while on pretrial or supervised release. *Id*. He has been employed at his current employer for approximately one year, and is in line for another promotion soon. In addition, Mr. Cooley has paid his financial obligations in full. *Id.* The officer notes that while Mr. Cooley often

travels for his construction job, he has stable housing with his grandmother when not working. *Id*. The officer believes Mr. Cooley has taken steps in the right direction throughout his time on supervision and recommends Mr. Cooley be granted early termination at this time. *Id*.

The Government attorney filed a response and noted that "[a]lthough the underlying offense was serious, the defendant has very limited criminal history" and Mr. Cooley's only adult conviction was misdemeanor illegal consumption of alcohol by a minor in 2016.  (Dkt. 321). The Government agrees that Mr. Cooley has demonstrated that he can comply with conditions of release, and does not oppose his motion for early termination of supervision.  *Id*.

Title 18 U.S.C. § 3583(e)(1) permits the court to terminate a term of supervised release after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of the offender and in the interest of justice.  In August, Mr. Cooley will have completed two of his three-year term of supervision, which appears to have been sufficient to assist in his rehabilitation. On the recommendation of the Probation Officer, the Court is satisfied that early termination is warranted. Accordingly, Mr. Cooley's Motion for Early Termination of Supervised Release, Dkt. [318], is **GRANTED**.

**IT IS SO ORDERED.**

Date: 6/10/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov

Levi Cooley
1107 TJ Run
New Castle, IN 47362

Electronic Notice to USPO